UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ECKARD,<br><br>               Plaintiff,<br><br>   v.<br><br>DEREK WALTERS, et. al,<br>              Defendants. | CASE NO. C19-242-RAJ<br><br>**ORDER OF DISMISSAL** |

      Plaintiff proceeds pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. By order dated December 6, 2019, the Court dismissed plaintiff's complaint with leave to amend within twenty-one (21) days from the date of the order. Dkt. # 19. The Court advised plaintiff that if he did not file an amended complaint within that timeframe the Court would dismiss the action with prejudice. *Id.* Plaintiff's time to file an amended complaint has now expired. Accordingly, pursuant to this Court's December 6, 2019, order, plaintiff's complaint is hereby DISMISSED WITH PREJUDICE for failure to state a claim. *Id.* The Clerk is directed to close the case.

      DATED this 15th day of January, 2020.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1